1  DOWNEY BRAND LLP
   SILVIO REGGIARDO III (Bar No. 129860)
2  JAMES C. PAUL (Bar No. 182104)
   ANNIE S. AMARAL (Bar No. 238189)
3  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
4  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
5  sreggiardo@downeybrand.com
   jpaul@downeybrand.com
6  aamaral@downeybrand.com

7  Attorneys for Defendant
   BARKER BLUE DIGITAL IMAGING, INC.,
8  401(K) PLAN

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   SATYA DEVI JAGAR,                      Case No.  CV 09-01455 CW
13
              Plaintiff,                  **STIPULATION TO EXTEND DEADLINE
14                                        TO RESPOND TO COMPLAINT**
   v.
15
   JUANITA JAGAR, VIGAY M. JAGAR,
16 RAJESH JAGAR, DINEST JAGAR, and
   BARKER BLUE DIGITAL IMAGING,
17 INC., 401(K) PLAN,

18            Defendants.

19
        It is HEREBY STIPULATED by and between SATYA JAGAR ("Jagar"), on the one
20
   hand, and BARKER BLUE DIGITAL IMAGING, INC., 401(K) PLAN ("Barker Blue") on the
21
   other hand, by and through their respective counsel, that Barker Blue be granted an extension of
22
   time to respond to the Complaint filed by Jagar.
23
        The Complaint was served by mail on Barker Blue on April 13, 2009, and Barker Blue
24
   returned the Waiver of Service of Summons to counsel for Jagar on or about May 4, 2009. (*See*
25
   Docket Entry No. 6, filed May 11, 2009.)  Pursuant to Rule 4(d)(3) of the Federal Rules of Civil
26
   Procedure, Barker Blue's responsive pleading to the Complaint is due by June 12, 2009. Jagar
27
   and Barker Blue have agreed that, pursuant to Local Rule 6-1(a), Barker Blue shall have until
28

1004523.2                                    1

1  July 6, 2009, to respond to Jagar's Complaint.  No other time extensions have been requested or
2  granted regarding this response by either party.

3  DATED: May 22, 2009                    DOWNEY BRAND LLP

                                          By:_____/s/  ANNIE S. AMARAL_____
                                               ANNIE S. AMARAL
                                               Attorney for Defendant
                                          BARKER BLUE DIGITAL IMAGING, INC.,
                                                  401(K) PLAN

   DATED: May __, 2009                    LAW OFFICES OF LAURENCE F. PADWAY


                                          By:_____
                                               LAURENCE F. PADWAY
                                               Attorney for Plaintiff
                                               SATYA DEVI JAGAR

1004523.2

2

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

1  July 6, 2009, to respond to Jagar's Complaint.  No other time extensions have been requested or
2  granted regarding this response by either party.
3  DATED: May __, 2009                           DOWNEY BRAND LLP
4
5                                                By:_____
6                                                       JAMES C. PAUL
                                                     Attorney for Defendant
7                                                BARKER BLUE DIGITAL IMAGING, INC.,
                                                          401(K) PLAN
8  DATED: May 22, 2009                          LAW OFFICES OF LAURENCE F. PADWAY
9
10                                               By:_____
11                                                      LAURENCE F. PADWAY
                                                     Attorney for Plaintiff
12                                                    SATYA DEVI JAGAR

   Dated:  5/29/09

   **IT IS SO ORDERED**
   /s/ Claudia Wilken
   Judge Claudia Wilken
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

1004523.1                                           2
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT