IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Satya D. Jagar,                                                   No. C-09-1455 EDL

        Plaintiff,                                        **ORDER SETTING CASE MANAGEMENT CONFERENCE**

  v.

Juanita Jagar,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Elizabeth D. Laporte for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on August 18, 2009 at 10:00a.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. The parties may file an updated joint case management statement if there are any changes to the parties' July 8, 2009 statement. Any update shall be filed no later than August 11, 2009.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**". One copy shall be clearly marked as a <u>chambers</u> copy.

**IT IS SO ORDERED.**

Dated: August 6, 2009

                                                                                 _Elizabeth D. Laporte_
                                                                ELIZABETH D. LAPORTE
                                                                United States Magistrate Judge