Eugene Schneider (Bar No. 44339)
Law Offices of Eugene Schneider
5050 Broadway
Oakland, CA 94611
Telephone: (510) 547-2889

Laurence F. Padway (Bar No. 83914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
SATYA DEVI JAGAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATYA DEVI JAGAR,<br><br>        Plaintiff,<br><br>vs.<br><br>JUANITA JAGAR, VIJAY M. JAGAR, RAJESH JAGAR, DINESH JAGAR, and BARKER BLUE DIGITAL IMAGING, INC., 401(k) PLAN,<br><br>        Defendants.<br>_____/ | C09-01455 EDL<br><br>REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND (P~~ROPOSED~~) ORDER<br><br>Date: August 18, 2009<br>Time: 10:00 a.m.<br><br>Hon. Elizabeth D. Laporte |

        The above named case was reassigned to the Honorable Elizabeth D. Laporte on August 6, 2009 and a case management conference has been scheduled for August 18, 2009 at 10:00 a.m. Counsel for plaintiff, Laurence F. Padway, is unavailable due to a previously scheduled vacation and unable to attend the case management conference in person.  Co-counsel for plaintiff, Eugene Schneider, is also unavailable due to a previously scheduled court hearing in Alameda County Superior Court.  Therefore, counsel for plaintiff, Laurence F. Padway, hereby requests permission to

Request for Telephonic Appearance                1

1 | appear telephonically at the currently schedule case management conference.  The phone number for
2 | Laurence F. Padway is (510) 205-1821.

4 | Date: August 12, 2009                              /s/ Laurence F. Padway
                                                       LAURENCE F. PADWAY
5 |                                                    Attorney for Plaintiff
                                                       SATYA DEVI JAGAR

9 | GOOD CAUSE APPEARING, IT IS SO ORDERED.

13 |    Dated: August 12, 2009
14 |                                                   _____
                                                       Hon. Elizabeth D. Laporte
                                                       United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Request for Telephonic Appearance                      2