1   Eugene Schneider (Bar No. 44339)
Law Offices of Eugene Schneider
2   5050 Broadway
Oakland, CA 94611
3   Telephone: (510) 547-2889

4   Laurence F. Padway (Bar No. 83914)
Law Offices of Laurence F. Padway
5   1516 Oak Street, Suite 109
Alameda, California 94501
6   Telephone:  (510)814-0680
Facsimile : (510)814-0650
7
Attorneys for plaintiff
8   SATYA DEVI JAGAR

9

10

11                   UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14   SATYA DEVI JAGAR,              C09-01455 EDL

15         Plaintiff,

16   vs.                          REQUEST FOR TELEPHONIC
APPEARANCE AT CASE MANAGEMENT
CONFERENCE AND (~~PROPOSED~~) ORDER
17   JUANITA JAGAR, VIJAY M.
JAGAR, RAJESH JAGAR, DINESH
18   JAGAR, and BARKER BLUE DIGITAL  Date: August 18, 2009
IMAGING, INC., 401(k) PLAN,      Time: 10:00 a.m.
19
                                Hon. Elizabeth D. Laporte
20         Defendants.
_____/
21

22

23       The above named case was reassigned to the Honorable Elizabeth D. Laporte on August 6,

24   2009 and a case management conference has been scheduled for August 18, 2009 at 10:00 a.m.

25   Counsel for plaintiff, Laurence F. Padway, is unavailable due to a previously scheduled vacation and

26   unable to attend the case management conference in person.  Co-counsel for plaintiff, Eugene

27   Schneider, is also unavailable due to a previously scheduled court hearing in Alameda County

28   Superior Court.  Therefore, counsel for plaintiff, Laurence F. Padway, hereby requests permission to

Request for Telephonic Appearance       1

1   appear telephonically at the currently schedule case management conference.  The phone number for

2   Laurence F. Padway is (510) 205-1821.

3

4   Date: August 12, 2009                /s/ Laurence F. Padway

5                                        LAURENCE F. PADWAY
                                       Attorney for Plaintiff

6                                        SATYA DEVI JAGAR

7

8

9   GOOD CAUSE APPEARING, IT IS SO ORDERED.

10

11

12

13      Dated: _____ August 12, 2009

14                                _____
                              Hon. Elizabeth D. Laporte

15                              United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

  Request for Telephonic Appearance        2