DOWNEY BRAND LLP
SILVIO REGGIARDO III (Bar No. 129860)
JAMES C. PAUL (Bar No. 182104)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
sreggiardo@downeybrand.com
jpaul@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant
BARKER BLUE DIGITAL IMAGING, INC.,
401(K) PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATYA DEVI JAGAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JUANITA JAGAR, VIGAY M. JAGAR, RAJESH JAGAR, DINESH JAGAR, and BARKER BLUE DIGITAL IMAGING, INC., 401(K) PLAN,<br><br>　　　　Defendant. | Case No. C-09-01455 EDL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER**<br><br>Hearing Date:　August 18, 2009<br>Time:　　　　10:00 a.m.<br>Judge:　　　Hon. Elizabeth D. Laporte |

The above-captioned case was reassigned to the Honorable Elizabeth D. Laporte on August 6, 2009, and a Case Management Conference is scheduled to commence at 10:00 a.m. on August 18, 2009. Counsel for Defendant Barker Blue Digital Imaging, Inc., 401(K) Plan, Annie S. Amaral, is unavailable to appear in person due to commitments in other cases, which are venued in counties other than San Francisco. Therefore, Ms. Amaral respectfully requests permission to appear telephonically at the Case Management Conference. The phone number for

///

///

1022106.1

1

REQUEST FOR TELEPHONIC APPEARANCE AT CMC AND (PROPOSED) ORDER

Ms. Amaral is (916) 520-5243.

DATED: August 13, 2009                DOWNEY BRAND LLP


By: _____/s/ Annie S. Amaral_____
ANNIE S. AMARAL
Attorney for Defendant/Cross-Defendant
BARKER BLUE DIGITAL IMAGING, INC.,
401(K) PLAN

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: August 13, 2009                By: _____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

DOWNEY BRAND LLP

1022106.1

2

REQUEST FOR TELEPHONIC APPEARANCE AT CMC AND (PROPOSED) ORDER